Carlos Aviles ARMENTA,
Plaintiff–Appellant

v.

John PRYOR, Correctional Officer;
Lieutenant Jeffrey Lann; Johnson,
Correctional Officer, Defendants–Appellees.

No. 06–41657
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 15, 2007.

Carlos Aviles Armenta, New Boston, TX, pro se.

Before KING, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Carlos Aviles Armenta, Texas prisoner # 743688, argues that the district court abused its discretion by dismissing his 42 U.S.C. § 1983 complaint alleging that the defendant prison officers filed false disciplinary charges against him in retaliation for his filing lawsuits and prison grievances.

Armenta's allegations arguably stated claims of retaliation which are not subject to dismissal under *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). *See Woods v. Smith,* 60 F.3d 1161, 1164 (5th Cir.1995). The district court abused its discretion in dismissing the re-

taliation claims at this stage of the proceeding. Therefore, the judgment is VACATED and the case is REMANDED to the district court for further proceedings. We express no view on the merits.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.